**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 826 MAL 2017

             Respondent          :

                                       :    Petition for Allowance of Appeal from

                                       :    the Order of the Superior Court

               v.                       :

                                       :

WILLIAM ASH,                            :

                                       :

             Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 7th day of May, 2018, the Petition for Allowance of Appeal is

**DENIED**.